# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1754.  PATRICK HOWARD v. THE STATE.**

Patrick Howard has been charged with several offenses, including cocaine trafficking.  On January 26, 2012, the trial court signed an order permitting Howard to represent himself, and the order was entered on January 27, 2012.  On February 8, 2012, Howard filed a pro se notice of appeal seeking to appeal an order allegedly entered on January 26, 2012.

It appears Howard is attempting to appeal the order permitting him to represent himself.  Because the case remains pending for trial, however, the order that Howard seeks to appeal is interlocutory.  Therefore, Howard was required to use the interlocutory appeal procedures to appeal.  See *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  His failure to do so deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/23/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*